IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORAZON H. ZAMBRANO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN E. POTTER, Postmaster General of the United States,<br><br>　　　　Defendant.<br>_____/ | No. C 06-02565 JSW<br><br>**TENTATIVE RULING AND QUESTIONS FOR HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　　TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON JUNE 29, 2007 AT 9:00 A.M.:

　　　　The Court has reviewed the parties' papers and, thus, does not wish to hear the parties reargue matters addressed in those pleadings.  If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing.  If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing.  *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

　　　　The Court **tentatively GRANTS** Defendant's motion for summary judgment.

The parties shall each have 10 minutes to address the following questions:

1. Does Plaintiff maintain that she was terminated due to her age, as well as her race?

2. What evidence does Plaintiff have to dispute Defendant's stated non-discriminatory reason for her termination, that is, that Plaintiff violated the United States Postal Service' explicit Zero Tolerance Policy?

3. Do the parties have anything further they wish to address?

**IT IS SO ORDERED.**

Dated: 06/26/07

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE